LAW OFFICE OF EMILY DELEON
EMILY DELEON, SBN 296416
1318 K Street
Bakersfield, CA 93301
Tel: (661) 326-0857
Email: emilydeleonlaw@gmail.com

Attorney for:
HECTOR TERRASAS-FELIX

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>HECTOR TERRASAS-FELIX,<br><br>Defendants. | Case No. 1:18-CR-00186-DAD-BAM<br><br><br><br>STIPULATION AND ORDER TO CONTINE CHANGE OF PLEA HEARING |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD; AND LAURA WITHERS, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, HECTOR TERRASAS-FELIX, by and through his attorney of record, EMILY DELEON, hereby requesting that the change of plea hearing currently set for Tuesday, January 22, 2019 be continued to February 11, 2019 at 10:00 a.m.

Defense counsel has a scheduling conflict on January 22, 2019. The Government joins in the request for this continuance. The defense has provided the Government with a signed plea agreement.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) based on the need for ongoing defense preparation and continuity of counsel.

///

///

1

**IT IS SO STIPULATED.**

DATED: 01/03/2019

Respectfully Submitted,
*/s/ Emily Deleon*
EMILY DELON
Attorney for Defendant
HECTOR TERRASAS-FELIX


DATED: 01/03/2019

*/s/Laura Withers*
Laura Withers
Assistant U.S. Attorney


## ORDER

      IT IS SO ORDERED that the change of plea hearing set for January 22, 2019 be continued to February 11, 2019 at 10:00 a.m.  The Court finds that the period of delay is excludable for defense preparation and continuity of counsel, and the Court finds that the ends of justice outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

  Dated:  __**January 3, 2019**__

_____
UNITED STATES DISTRICT JUDGE